JACOB CROUSE et al., Appellants, *v.* HARLOW G. BORTHWICK, as Sheriff, etc., Respondent.

(Argued April 18, 1885 ; decided May 5, 1885.)

*Charles Ide* for appellants.

*Franklin Pierce* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

———————

PARDEE CARPENTER, Appellant, *v.* HARRIET P. WOOD, Survivor, etc., Respondent.

(Argued April 28, 1885 ; decided May 5, 1885.)

*D. H. Daley* for appellant.

*Isaac B. Potter* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

———————

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE MERCHANTS BANK.

In the Matter of the Claim of JEROME WHITTAKER.

(Submitted April 28, 1885 ; decided May 5, 1885.)

*John C. McCartin* for appellant

*D. G. Griffin* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.